Case 7:17-cv-00361   Document 9-1   Filed in TXSD on 10/31/17   Page 1 of 1
Case 7:17-cv-00361   Document 10   Filed in TXSD on 11/01/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| NEW LIFE ADULT DAY CARE | § § | |
| VS. | § § | CIVIL ACTION No. 7:17-cv-361 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

After considering the Unopposed Stipulation of Dismissal without Prejudice (Dkt. #9) filed in this case on behalf of Plaintiff New Life Adult Day Care Center ("Plaintiff") as to its claims and causes of action against Defendant Philadelphia Indemnity Insurance Company ("Defendant"), the Court *at the request of the Parties* is of the opinion that this action should be dismissed without prejudice. It is, therefore,

ORDERED that all claims and causes of action that Plaintiff did or could have asserted against Defendant in this action are hereby DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorney's fees.

Done 11/1/17 at McAllen, Texas.

~~Date:~~ _____

RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE